# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.: 21013673

Plaintiff Shakita Howell-Gowdy

v.

Defendant Walmart, Inc

02

**SUMMONS**

DATE: 7/13/21
HOUR: 0925
DEPUTY SHERIFF
[signature] 1-912

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant: Walmart, Inc. 702 SW 8th Street Bentonville, AR 72716 / 4650 North University Rd. Coral Springs, Florida 33067

Each defendant is required to serve written defenses to the complaint or petition on: (plaintiff or plaintiff's attorney) whose address is: 5711 NW 50TH Drive Coral Springs, FL 33067

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately after the service. If a defendant fails to do so, a default mayl be entered against that defendant for the relief demanded in the complaint or petition.

Dated _____ JUL 0 8 2021

[Name of the Clerk] BRENDA D. FORMAN
As Clerk of the Court

By  KETORRA BURCH
                              As Deputy Clerk

A TRUE COPY
Circuit Court Seal

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Shakita Howell-Gowdy, Plaintiff

v.

Walmart, Inc Defendant

FILED JUL 08 2021 By

CASE NO 21013673

DATE: 7/13/21
HOUR: 0925
DEPUTY SHERIFF

## COMPLAINT

Plaintiff, Shakita Howell-Gowdy, sues defendant, Walmart, Inc, and alleges:

1. This is an action for damages in the amount of $600,000.00 *[specify jurisdictional amount]*.

2. Plaintiff resides at 5711 NW 80TH Drive *[address]*, Coral Springs *[city]*, Broward County, Florida.

3. Defendant resides at _____ *[address]*, _____ *[city]*, _____ County, Florida *or* Defendant is a Florida Corporation doing business at 4650 N. University Drive *[address]*, Coral Springs *[city]*, Broward County.

corporate address:
702 SW 8th Street
Bentonville, AR
72716

4. On 07/09/17 *[date]*, I was exiting Walmart on July 09, 2017 when I was hit in my left hip by the carts employee was bringing in from the parking lot. _____ *[set forth statement of facts on which claim for relief against defendant is based]*.

5. Plaintiff is entitled to relief from defendant under the above facts on the basis of defendant's __negligence__ *[negligence or breach of contract or other legal basis for relief]*, by reason of __employee hit me (collided) into my hip with carts as he was bringing them from parking lot and I was exiting store causing bodily injury.__

____ *[specify facts showing entitlement of plaintiff to relief from defendant]*.

6. The items of __injury__ *[injury or damage]* to which plaintiff is entitled to relief from defendant include: __hip bursitis, iliac crest tendonitis, chronic hip pain, mental distress__ *[specify]*. __Medical bills, future medical bill, pain & suffering__

7. *[If expressly provided for by statute or contract, add: Plaintiff has agreed to pay a reasonable attorney's fee and is entitled to recover attorney's fees in this action pursuant to Section _____ of the Florida Statutes or Paragraph _____ of the contract entered into between plaintiff and defendant]*.

   As a result, plaintiff requests judgment against defendant for damages, ✓____ *[if applicable, add: attorney fees]*, costs of suit, and any other and further relief as the court may deem proper.

*[If desired, add: Plaintiff, _____ (name), demands a jury trial in the above-entitled action]*.

Dated __07/07/21__

*[signature]*
Print name: Shakita Howell-Gowdy
Print address: 5711 NW 50TH Drive Coral Springs FL 33067
Phone: 954-839-0672

State of Florida )
)
County of Broward )

Before me, the undersigned authority, personally appeared Shakita Howell Gowdy
_____, who was sworn and says that he/she is the authorized agent/employee of the corporate plaintiff, and that the contents of the foregoing complaint/petition are true and correct.

Sworn to or affirmed and subscribed before me on the ___8___ day of __July 2021__

_____ .
[Signature of notary public]
[Print, type, or stamp commissioned name of notary public]
Personally known _____ or produced identification _____.
Type of identification produced ___FL. dl___.

CAROL L. VIOLA
Commission # HH 053008
Expires December 20, 2024
Bonded Thru Budget Notary Services